**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00470-LTB-KLM

FRANK MEZA,

      Plaintiff,

v.

BRT CORPORATION, doing business as The Advantage Group,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 24 - filed February 22, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                        _s/Lewis T. Babcock_
                                        Lewis T. Babcock, Judge

DATED:   February 23, 2016